UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:22-CR-69-TAV-DCP-1 ) |
| SARRAH DENTON WILLHITE, | ) ) |
| Defendant. | ) ) |

**ORDER**

This case is before the Court on a pro se motion by defendant [Doc. 26] to dismiss the indictment. However, defendant is represented by appointed counsel in this case [Doc. 5]. This Court's Local Rules provide that "[w]henever a party has appeared by attorney, that party may not thereafter appear or act in his or her own behalf in the action or proceeding." E.D. Tenn. LR 83.4(c). Accordingly, the Court hereby **DENIES** defendant's pro se motion [Doc. 26] for failure to comply with the Local Rules.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE